AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

JACK MCCLINTON,

      Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                            CASE NUMBER: **3:08-CV-00580-LRH-RAM**

NEVADA LEGISLATIVE COUNSEL
MEMBERS, et al.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice for failure to state a claim upon which relief can be granted.

   June 19, 2009                              **LANCE S. WILSON**
                                                                       Clerk

                                                               /s/ D. R. Morgan
                                                                 Deputy Clerk